UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN P. MLADINEO and SHERRY MLADINEO**                                **PLAINTIFFS**

**V.**                                      **CIVIL ACTION NO.1:06CV1138 LTS-RHW**

**RICHARD EARL SCHMIDT,**
**MICHAEL FELSHER INSURANCE AGENCY, and**
**NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY**     **DEFENDANTS**

ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiffs' motion [10] to remand is hereby **GRANTED**;

That this case is hereby **REMANDED** to the Circuit Court of Jackson County, Mississippi; and

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed.

**SO ORDERED** this 16th day of May, 2006.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE